Appeal No.    2019AP251

Cir. Ct. No.  2013CF3214

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT I

STATE OF WISCONSIN,

PLAINTIFF-RESPONDENT,

v.

MATTHEW RAY TAYLOR,

DEFENDANT-APPELLANT.

FILED

April 1, 2021

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI 53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin 53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI 54401

Jenny Andrews, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI 53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Hon. Stephanie Rothstein
Criminal Justice Facility
949 N. 9th St.
Milwaukee, WI 53233

John Barrett
Clerk of Circuit Court
Room 114
821 W. State Street
Milwaukee, WI 53233

James Eric Goldschmidt
Quarles & Brady LLP
411 E. Wisconsin Ave., Ste. 2400
Milwaukee, WI 53202

Elizabeth A. Longo
Deputy District Attorney
821 W. State St.
Milwaukee, WI 53233

Patrick Proctor-Brown
Quarles & Brady LLP
411 E. Wisconsin Ave., #2350
Milwaukee, WI 53202-4426

Robert Probst
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857

PLEASE TAKE NOTICE that corrections were made to pages one through nineteen in the above-captioned opinion which was released on February 2, 2021. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov